# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GREGORY A. LAWRENCE** and **TRACIE L. BERTANZETTI,**
Appellants,

v.

**U.S. BANK N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,**
Appellee.

No. 4D19-637

[March 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. CACE16-011608 (11).

Robert Phaneuf of The Ticktin Law Group, Deerfield Beach, for appellants.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***